IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> **MARINA A. STROHMETZ,** <br><br> Defendant | NO.  5:06-MJ-03-10 (CWH) <br><br> Violation: 18 U.S.C. §641 |

# VERDICT OF THE COURT

The above-captioned matter this day came on for a NON-JURY trial before the undersigned.  Upon consideration of the testimony and evidence presented, and for the reasons set forth on the record in open court, I find the defendant **MARINA A. STROHMETZ** GUILTY of THEFT OF GOVERNMENT PROPERTY at Robins Air Force Base, Georgia, on or about February 18, 2006, as charged in the Information herein..

Dated at Macon, Georgia, this 16th day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE